# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW BROWN, | ) | |
| | ) | Civil Action No. 14 – 1085 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| LIEUTENANT SHRADER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pursuant to the Court's Order dated August 25, 2015, (ECF No. 18), and Plaintiff's failure to file a Motion for Leave to File a Second Amended Complaint, IT IS HEREBY ORDERED that the Motion to Dismiss (ECF No. 12) is granted with respect to Defendant Fleming. Plaintiff's claim against her is now dismissed with prejudice.

Dated: September 14, 2015

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc: All Counsel of Record
*Via CM/ECF*

1